Before ROY L. RICHTER, P.J., LAWRENCE E. MOONEY, J., and GEORGE W. DRAPER III, J.

*ORDER*

PER CURIAM.

Dale Warlock appeals the motion court's denial of his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).

Chris Koster, Attorney General, John W. Grantham, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before KURT S. ODENWALD, P.J., GLENN A. NORTON, J. and PATRICIA L. COHEN, J.

*ORDER*

PER CURIAM.

Amir Menkovic appeals the judgment denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous. An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. We affirm the judgment under Rule 84.16(b).

Amir **MENKOVIC**, Appellant,

v.

**STATE of Missouri, Respondent.**

No. **ED 91917.**

Missouri Court of Appeals, Eastern District, Division One.

May 12, 2009.

Brian W. **MOORE**, Movant/Appellant,

v.

**STATE of Missouri, Respondent/Respondent.**

No. **ED 91911.**

Missouri Court of Appeals, Eastern District, Division Four.

May 12, 2009.

Lisa M. Stroup, Saint Louis, MO, for Appellant.

Ellen H. Flottman, Columbia, MO, for appellant.